IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN T. MASON,

        Plaintiff,           1: 08 CV 0307 OWW WMW PC

   vs.                       ORDER RE MOTION (DOC 7)

D. ADAMS, et al.,

        Defendants.

    Plaintiff has requested leave to file a second amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file a second amended complaint is granted.  Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   November 19, 2008**           /s/  **William M. Wunderlich**
                                                   UNITED STATES MAGISTRATE JUDGE