# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Glenn T. Mason, | ) | No. CV 1-08-0307-CKJ |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Derral G. Adams, et al., | ) | |
| Defendants. | ) | |

Pending before this Court is Plaintiff's Motion for an Order Directing Court Clerk to Provide Plaintiff with a Copy of the Court Docket Report for this Action [Doc. #13]. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for an Order Directing Court Clerk to Provide Plaintiff with a Copy of the Court Docket Report for this Action [Doc. #13] is GRANTED. IT IS FURTHER ORDERED that the Clerk of the Court shall mail a copy of the docket report in the matter to Plaintiff.

DATED this 9th day of March, 2009.

_____
Cindy K. Jorgenson
United States District Judge