# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Glenn T. Mason, | No. CV 1-08-307-CKJ |
| Plaintiff, | **ORDER** |
| vs. | |
| Derral G. Adams, et al., | |
| Defendants. | |

In a February 23, 2009 Order (Doc. #12), the Court dismissed Plaintiff's Amended Complaint for failure to state a claim. The Court gave Plaintiff 30 days to file a second amended complaint that cured the deficiencies identified in the Order and warned Plaintiff as follows:

> If Plaintiff fails to file a second amended complaint within 30 days, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action with prejudice that states that the dismissal counts as a "strike' under 28 U.S.C. § 1915(g).

More than 30 days have passed since the Court's February 23, 2009 Order was filed. Plaintiff has not filed a second amended complaint. In accordance with the Court's February 23, 2009 Order, the Court will require the Clerk of Court to enter a judgment of dismissal of this case, with prejudice, for failure to state a claim. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

Accordingly,

. . . .

1     **IT IS ORDERED** that the Clerk of Court must enter a judgment of **dismissal** of this
2  case, **with prejudice**, for failure to state a claim. The Clerk of Court must indicate on the
3  docket that the dismissal counts as a **strike** under 28 U.S.C. § 1915(g).

     DATED this 3rd day of April, 2009.

                              _____
                              Cindy K. Jorgenson
                              United States District Judge