| | KM |
|---|---|

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Glenn T. Mason, | No. CV 1-08-307-CKJ |
| Plaintiff, | **ORDER** |
| vs. | |
| Derral G. Adams, et al., | |
| Defendants. | |

In a February 23, 2009 Order (Doc. #12), the Court dismissed Plaintiff's Amended Complaint for failure to state a claim. The Court gave Plaintiff 30 days to file a second amended complaint that cured the deficiencies identified in the Order and warned Plaintiff as follows:

> If Plaintiff fails to file a second amended complaint within 30 days, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action with prejudice that states that the dismissal counts as a "strike' under 28 U.S.C. § 1915(g).

On April 3, 2009, the Court dismissed this action and entered a "strike" pursuant to 28 U.S.C. § 1915(g) because Plaintiff failed to file an amended complaint. On April 13, 2009, Plaintiff filed a "Notice Motion of Motion Order that Plaintiff Filed a Motion of Dismissal of the Above Case" (Doc. #18). In his Motion, Plaintiff states that he filed a motion for voluntary dismissal under Rule 41(a) of the Federal Rules of Civil Procedure, asks that the Court grant that motion, and asks that the Court not issue a "strike" pursuant § 1915(g).

| | |
|---|---|
| 1 | On March 6, 2009, Plaintiff filed a "Declaration in Support of Plaintiff's Notice of |
| 2 | Motion" (Doc. #14.) Within that Declaration, Plaintiff moved the Court for voluntary |
| 3 | dismissal of this action under Rule 41(a) of the Federal Rules of Civil Procedure. |
| 4 | The Court will vacate the April 3, 2009 Order dismissing this action for failure to file |
| 5 | an amended complaint and will vacate the April 3, 2009 Judgment. The Court will grant |
| 6 | Plaintiff's March 6, 2009 Motion and will dismiss this action, without prejudice, pursuant |
| 7 | to Rule 41(a) of the Federal Rules of Civil Procedure. |

**IT IS ORDERED:**

(1) Plaintiff's April 13, 2009 Motion (Doc. #18) is **granted**.

(2) The Court's April 3, 2009 Order (Doc. #16) and April 3, 2009 Judgment (Doc. #17) are **vacated**.

(3) Plaintiff's March 6, 2009 Motion (Doc. #14) is **granted** to the extent that this action is **dismissed, without prejudice**, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

(4) The Clerk of Court must enter judgment accordingly.

DATED this 5th day of May, 2009.

_____
Cindy K. Jorgenson
United States District Judge